# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **CRYSTAL RENEE FOLEY,** | ] |
| | ] |
| Petitioner, | ] |
| | ] |
| v. | ] Case No. 7:25-cv-00985-ACA-SGC |
| | ] |
| **BROTON,** | ] |
| | ] |
| Respondent. | ] |

## MEMORANDUM OPINION

In August 2025, the magistrate judge entered a report recommending that the court deny Petitioner Crystal Renee Foley's *pro se* petition for a writ of habeas corpus filed under 28 U.S.C. § 2241 for her failure to exhaust administrative remedies. (Doc. 5). Although the magistrate judge advised the petitioner of her right to file specific written objections within fourteen days (*id.* at 4), the court has not received any objections.

Ms. Foley's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **WILL DENY** the petition for Ms. Foley's failure to exhaust administrative remedies. (Doc. 1).

The court will enter a separate final judgment consistent with this opinion.

**DONE** and **ORDERED** this September 8, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE